**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHERRY MELINDA VINCENT,** | Case No.: 13-CV-4405 YGR |
| **Plaintiff,** | **ORDER DENYING WITHOUT PREJUDICE MOTION FOR REASSIGNMENT** |
| v. | |
| **HOMES 123 CORPORATION,** *et al.*, | |
| **Defendants.** | |

This case was originally filed in the Court's San Jose division on September 24, 2013. (Dkt. No. 1.) The court clerk assigned the case to Magistrate Judge Paul Grewal, who hears cases in San Jose. However, on October 1, 2013, Plaintiff Sherry M. Vincent filed a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. (Dkt. No. 4.) The effect of Ms. Vincent's signing and filing this document was to transfer the case away from Magistrate Judge Grewal and have the case randomly reassigned to a District Judge at any of this Court's three locations. Ms. Vincent's case was randomly reassigned to the undersigned District Judge, who hears cases in Oakland. On October 9, 2013, Ms. Vincent sent the Court a letter asking to have her case moved back to San Jose. (Dkt. No. 8.)

Having reviewed the correspondence, the Court construes it as a Motion for Reassignment to the San Jose Division. The Court **DENIES** the Motion without prejudice because it was not filed in compliance with the Court's Civil Local Rules governing the presentation of papers and motions, specifically, Civil Local Rules 3-4, 7-1, and 7-2.[1] However, if Ms. Vincent wishes for her case to

---

[1] The Civil Local Rules may be accessed for free at: http://cand.uscourts.gov/localrules/civil

be heard in San Jose, she may withdraw her Declination of Magistrate Judge Grewal's jurisdiction using the attached form.  By consenting to Magistrate Judge Grewal's jurisdiction, her case will be transferred back to Magistrate Judge Grewal in San Jose.  If and when Defendants appear in this case, under the Court's Local Rules they have the power to decline Magistrate Judge Grewal's jurisdiction, meaning Ms. Vincent's case may be randomly reassigned again.

If Ms. Vincent has further questions regarding the assignment of her case, she may consult the Court's local rules, an attorney if she has access to one, or the Court's Legal Help Center, which may offer help to parties without lawyers if they make an appointment.[2]

This Order terminates Docket No. 8.

**IT IS SO ORDERED**.

Date: October 15, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[2] The Court has Legal Help Centers at all three of its locations.  Hours and contact information may be found at: http://cand.uscourts.gov/proselitigants.

2