United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHERRY MELINDA VINCENT,** | **Case No.: 13-CV-4405 YGR** |
| **Plaintiff,** | **ORDER DISMISSING CASE** |
| **v.** | |
| **HOMES 123 CORPORATION,** *et al.***,** | |
| **Defendants.** | |

In the above-styled case, the Court twice has extended for good cause shown the time allotted to plaintiff Sherry Melinda Vincent to effect service on a defendant pursuant to Federal Rule of Civil Procedure 4(m).  (Dkt. Nos. 14, 16.)  In the order granting the last extension, the Court gave Ms. Vincent a final deadline of April 4, 2014.  That date has passed without Ms. Vincent filing anything.  Accordingly, the Court **DISMISSES** this case.  The dismissal is without prejudice.

This Order terminates Civil Case No. 13-cv-4405.

**IT IS SO ORDERED**.

Date: April 10, 2014

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**